IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JENNIFER LORD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 7:20CV00541 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SENEX LAW, P.C., | ) | By: Hon. Glen E. Conrad |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

The parties have filed a Joint Motion for Modification of Briefing Schedule on Defendant's

Motion to Dismiss. For good cause shown, it is hereby

**ORDERED**

as follows:

1.      The motion (ECF No. 10) is **GRANTED**;

2.      Plaintiffs shall have until November 25, 2020, to file their opposition memorandum

        to Defendant's motion to dismiss; and

3.      Defendant shall have until December 16, 2020, to file a reply brief.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This ___17th___ day of November, 2020.

_____
Senior United States District Judge