IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JENNIFER LORD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 7:20CV00541 |
| v. | ) |
| | ) Hon. Michael F. Urbanski |
| SENEX LAW, P.C., | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

As set forth in the accompanying memorandum opinion, the motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**. The court will dismiss the complaint's claims for violation of 15 U.S.C. § 1692e(3), (5), and (9), and § 1692f(1). <u>See</u> Compl. ¶¶ 97, 101. All other claims survive the motion to dismiss. The clerk is directed to provide notice of this order to all counsel of record.

It is so **ORDERED**.

Entered: August 12, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.08.12 14:50:20
-04'00'

Michael F. Urbanski
Chief United States District Judge