UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

| | |
|---|---|
| **JENNIFER LORD, *et al.*,**<br><br>　　Plaintiffs,<br><br>v.<br><br>**SENEX LAW, P.C.,**<br><br>　　Defendant. | Civil Action No. 7:20-cv-00541 |

### ORDER ON JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

THIS MATTER is before the court on the Parties' Joint Motion for Modification of the Scheduling Order (the "Motion"). Dkt. 78. The Motion was filed by the Plaintiffs, but represents that it is a joint request from all parties. Having reviewed the Motion, for good cause shown and finding it proper to do so, the Court hereby **ORDERS** that the Motion is **GRANTED in part**.

Plaintiffs shall have until August 10, 2022, for their Phase I Expert Disclosures, and Defendant shall have until September 2, 2022, for its Phase I Expert Disclosures.

The Scheduling Order entered March 31, 2022 (Dkt. 61) shall be modified to conclude Phase I discovery by September 9, 2022. All other deadlines in the Scheduling Order shall remain in effect.

It is so **ORDERED**.

Entered:  August 4, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge