UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JENNIFER LORD, et al., )<br>)<br>　Plaintiffs, )<br>)<br>v. )<br>)<br>SENEX LAW, P.C. )<br>)<br>　Defendant. ) | Case No. 7:20-cv-541<br><br>By:　Michael F. Urbanski<br>　　　Chief United States District Judge |

## ORDER

In accordance with the parties' agreed stipulation that this case has been resolved, ECF No. 155, it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice and **ORDERED** stricken from the active docket of the court; provided that the court retains jurisdiction to enforce the settlement if any party so moves within 60 days of entry of this order.

It is **SO ORDERED**.

Entered: October 27, 2023

Michael F. Urbanski
Chief United States District Judge